**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOE HAND PROMOTIONS, INC.,

                          Plaintiff,

             - against -

ODILIO A. BAUTISTA, et al.

                         Defendants.
-----------------------------------------------------------X

**ORDER**

CV 06-3093 (DLI) (JO)

**JAMES ORENSTEIN, Magistrate Judge:**

A hearing to determine the appropriate damages in this case is scheduled for January 11, 2007, at 10:00 a.m. Counsel for plaintiff is directed to timely serve a copy of this order on each defendant and to electronically file proof of such service with the court.

     **SO ORDERED.**

Dated: Brooklyn, New York
       November 28, 2006

                                                /s/ James Orenstein
                                                JAMES ORENSTEIN
                                                U.S. Magistrate Judge